Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| Roland Pelletier<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>**-v-**<br><br>Collier County Sheriff<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued.  If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.  Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:22-cv-00419-JDL
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

U S DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

**DEC 29 2022**

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Roland Pelletier |
| Address | 8600 Camp Rd |
| | Cocoa     *City*     Fl *State*     32927 *Zip Code* |
| County | Brevard |
| Telephone Number | |
| E-Mail Address | |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Collier County Sheriff Dept. |
| Job or Title *(if known)* | |
| Address | |
| | Naples     *City*     Fl *State*     34112 *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Deputy Amorosi ? spelling |
| Job or Title *(if known)* | Deputy |
| Address | |
| | Naples     *City*     Fl *State*     *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☒ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

excessive force, Unlawful arrest, detainment, intentional tort of inflicting physical pain and emotional distress 4th, 5th, 8th Amendments deprived by officer going outside of the scope of his duties

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Deliberate indifference
Deliberate act

## III.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Collier county Florida

B.  What date and approximate time did the events giving rise to your claim(s) occur?

Date non accessible nor time currently due to another civil Right deprivment. afternoon approx 2-4 pm

C.  What are the facts underlying your claim(s)?  *(For example: What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

I was a passenger in a vehicle that in officers Conducted a traffic stop. I was unlawfully detained and arrested. upon stop of vehicle I was ordered out of vehicle at Gun point I obeyed orders other than walking backwards I had hands up to ths sky. upon being detained I was still held at gunpoint with a berroll of a IDK m-5 rifle 3 - 7 inches from my head upon request to be informed of why all hostility I was told if you value your teeth ID Shot the fuck up". I stated I have my Rights in there and its my Right to know why I am in hancuffs upon →

completing that. I believe it was Amorosi however I am sure Report says so who I was upon Receiving Report it Stated I Showed No sign for life which unders floride statues constituits a Baker act. I was falsely accused and arrested for obstruct Then Post arrest I was harassed and threatened by multiple gaurds resulting in me being forced to take an involuntary Plea on Cases 11-2015-mm-002470-A for obstruct and 11-2015-CF-001287. Which taking the unconstitionally obtained conviction in case 11-2015-CF-001287 has created extreme hardship and life liberty being deprived from me and also is interferring with another unlawful proceedings and civil Right deprivilment to the best of my Knowlledge and wisdom.

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Extreme mental anguish Emotional distress, loss of life liberty, pain and Suffering from such anguish, distress, loss of life multiple Counseling, therapys, as well as enhanced PTSD Prolonged Symptoms resulting in multiple In patient treatments.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. I im seeking for a Judgment and overturned convictions that were unlawfully obtained as well as punitive damages in the amount of 5 million dollars for each year I was deprived of my driving privilege and deprived of my civil rights as well as half of the damages to be donated to a non profit of my Choice.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   10-13-22

Signature of Plaintiff   *Roland Pelletier*
Printed Name of Plaintiff   Roland Pelletier

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

|  | City | State | Zip Code |

Telephone Number
E-mail Address